Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| YVETTE J. COLLAZO, | ) Case No.: CV 09-208 DLB |
| Plaintiff, | ) STIPULATION FOR DISMISSAL WITH |
| | ) PREJUDICE AND ORDER |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed.

DATE: 8/19/09          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

*/s/-Marc V. Kalagian*
Marc V. Kalagian
Attorney for Plaintiff

-1-

1 | DATE: 8/25/09

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Chief Civil Division

*/s/-Jacqueline Forslund*
JACQUELINE FORSLUND
Special Assistant United States Attorney
Attorney for Defendant
[*By email authorization on August 25, 2009]

IT IS SO ORDERED.

Dated:   **September 8, 2009**          /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE